IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACKIE CAVENDER, on behalf of herself and all those similarly situated who consent to representation,<br><br>            Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action File No:<br>)  1:10-cv-03735-ODE<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Target Corporation ("Defendant"), hereby makes the following offer to allow judgment to be taken against Defendant in this lawsuit and in favor of Plaintiff Jackie Cavender ("Plaintiff" or "Cavender") for the full amount claimed by Plaintiff, including all actual, consequential, and liquidated and punitive damages, and reasonable costs and attorneys' fees, as follows:

    1.    Defendant will pay Plaintiff the sum of **$402.46**, which is equal to or greater than the full amount of overtime pay and liquidated damages that would allegedly be due to her under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, for all the time that she alleges in her Complaint she worked but which

she alleges was not recorded by Defendant for purposes of paying her overtime under the FLSA. This payment was calculated at Plaintiff's overtime rate. The total amount Defendant is offering Plaintiff is inclusive of all potential alleged damages that Plaintiff could recover if she were to continue to pursue this lawsuit against Defendant.

2. In addition to the payment to Plaintiff described above, Defendant will also pay the reasonable costs and attorneys' fees that would be provided by the FLSA, to be determined by the Court, incurred through the date of this offer of judgment.

3. This offer of judgment does not apply or extend to anyone other than Plaintiff.

4. Pursuant to Rule 68, Plaintiff shall have 14 days after the service of this offer to serve written notice that this offer is accepted. If written notice that the offer has been accepted is not served within 14 days and the judgment finally obtained by Plaintiff is not more favorable than the offer, Plaintiff must pay the costs incurred by Plaintiff and Defendant after the making of the offer.

5. This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure. By making this offer of judgment and/or upon acceptance by Plaintiff, Defendant is not admitting any liability to Plaintiff,

or to any other person or entity. Defendant expressly denies all such liability and denies the allegations made in Plaintiff's Complaint that Defendant has in any way violated the FLSA. No portion of this offer or judgment, whether accepted or not, may be admitted into evidence in any lawsuit, arbitration, administrative proceeding, government action or other proceeding except for the purpose of enforcing this offer pursuant to Rule 68 of the Federal Rules of Civil Procedure, determining costs if this offer is not accepted, or demonstrating lack of subject matter jurisdiction. This offer of judgment, if accepted, shall not constitute an adjudication on the merits of Defendant's alleged liability to Plaintiff, which Defendant specifically denies, and shall not operate as *res judicata* or collateral estoppel against Defendant in any lawsuit, arbitration, administrative proceeding, government action, or other proceeding.

**ACCEPTED:**

_/s/ Jackie Cavender_                           _5/3/11_
Jackie Cavender                                  Date

Respectfully submitted this 20th day of April, 2011.

_/s/ Daniel E. Turner_
Daniel E. Turner, Esq.
Georgia Bar No. 719330
Beth A. Moeller, Esq.

Georgia Bar No.100158
Thornell Williams, Jr., Esq.
Georgia Bar No. 142262
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone:  (404) 881-1300
Facsimile:   (404) 870-1732
dan.turner@ogletreedeakins.com
beth.moeller@ogletreedeakins.com
thornell.williams@ogletreedeakins.com

Counsel for Defendant
Target Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACKIE CAVENDER, on behalf of herself and all those similarly situated who consent to representation,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendant. | Civil Action File No:<br>1:10-cv-03735-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of April, 2011, served the foregoing **RULE 68 OFFER OF JUDGMENT** via Hand-Deliver to the following counsel of record:

> Kimberly N. Martin, Esq.,
> Thomas F. Martin, Esq.
> MARTIN & MARTIN, LLP
> P.O. Box 1070
> Tucker, Georgia 30085-1070

_/s/_
Attorney for Defendant

10154573.1 (OGLETREE)