**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JACKIE CAVENDER, on behalf of herself
and all those similarly situated who consent
to representation,

                   Plaintiff,

            vs.

TARGET CORPORATION, a Minnesota
Corporation

                  Defendant.

CIVIL ACTION FILE
NO. 1: 10-cv-3735-AT

**J U D G M E N T**

     Defendant having presented plaintiff with an offer of judgment to allow judgment to

be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of

the Federal Rules of Civil Procedure,

     JUDGMENT IS HEREBY ENTERED in favor of the plaintiff JACKIE CAVENDER,

against the defendant TARGET CORPORATION, a Minnesota Corporation, in the sum of

$402.46.

     Dated at Atlanta, Georgia, this 6th day of May, 2011.

                               JAMES N. HATTEN
                               CLERK OF COURT

                    By:     s/ Traci Clements-Campbell
                              Deputy Clerk

                               ————————————————

Prepared, Filed, and Entered
in the Clerk's Office
May 6, 2011
James N. Hatten
Clerk of Court

By: s/Traci Clements-Campbell
     Deputy Clerk
————————————————